# Court of Appeals
# of the State of Georgia

ATLANTA,__March 27, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A1217.  HOWARD ANDERSON LEE v. THE STATE.**

Howard Anderson Lee filed this direct appeal seeking review of the trial court's order quashing Lee's subpoena of the superior court judge presiding over his criminal case.  It appears that no final judgment has been entered and the case remains pending in the superior court.  See OCGA § 5-6-34 (a) (1) (a judgment is final "where the case is no longer pending in the court below").  Therefore, the order Lee seeks to appeal is interlocutory and may not be appealed without compliance with the interlocutory appeal procedure of OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal setting forth the need for review.  See *In the Interest of W. L.*, 335 Ga. App. 561, 563 (782 SE2d 464) (2016).  Lee's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/27/2017_____*
> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*